Lewis Jubran, Esq. (DC Bar no. 1028219)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| Iman Suleiman | Case No.: |
| 377 East 33rd Street, Number 15N<br>New York, New York    10016 | |
| Plaintiff, | COMPLAINT FOR DECLARATORY<br>RELIEF AND FOR A WRIT IN THE<br>NATURE OF IMMIGRATION MANDAMUS |
| vs. | |
| **United States Department of Homeland Security; United States Citizenship and Immigration Services; Alejandro Mayorkas,** Secretary, Department of Homeland Security; **Ur M. Jaddou**, Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** Associate Director of Refugee, Asylum, and International Operations; **Newark Asylum Office;  Susan Raufer**, Director of the Newark Asylum Office; **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate; | |
| Office of General Counsel<br>US Department of Homeland Security 2707 Martin Luther King Jr. Ave., SE<br>Washington DC   20528-0485 | |
| **Christopher A. Wray,** Director of Federal Bureau of Investigations, Attorney General | |
| US Department of Justice<br>950 Pennsylvania Ave, NW | |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

Washington DC   20530-0001

Defendants.

# **INTRODUCTION**

1.  This action is brought by Plaintiff Iman Suleiman, by and through her attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of December 15, 2016, and which has still has not been called for an interview.

2.  On December 15, 2016, Plaintiff Iman Suleiman filed an I-589 Application for Asylum and for Withholding of Removal with Defendant United States Citizenship and Immigration Services.  (**Exhibit A- I589 Application for Asylum and Withholding of Removal and Receipt Notice**).   The basis of her asylum application is that she fears persecution in Syria on account of the fact that she is a Sunni Muslim.

3.  On December 21, 2016, Defendant United States Citizenship and Immigration Services sent a notification to Plaintiff that instructed her to present herself at a designated Application Support Center to have her biometric information captured. (**Exhibit B – I-797 Fingerprint Notification).**    Plaintiff Iman Suleiman did timely present herself at the designated location and allowed her biometric information to be obtained.

4.  Since the date that Plaintiff Iman Suleiman submitted her I-589 Application for Asylum and Withholding of Removal, she has not received any communication or information from

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

Defendants about when her pending asylum application would be called for an interview.   When she has inquired about the status of her pending application, she receives no information whatsoever.

5.   Subsequent to the date that Plaintiff Iman Suleiman filed her I-589 Application for Asylum and Withholding of Removal, she relocated from her residence in Chicago, Illinois which is in the geographic jurisdiction of the Chicago Asylum Office, to New York, New York which is in the geographic jurisdiction of the Newark Asylum Office.   On or about April 25, 2023, the undersigned attorney sent the Newark Asylum Office an AR-11 Change of Address and on April 28, 2023 the Newark Asylum Office sent an e-mail to the undersigned attorney confirming that Plaintiff's pending asylum case had been transferred to that office.   (**Exhibit C AR-11 Change of Address and April 28, 2023 e-mail response**).

6.   Defendants have violated the Administrative Procedures Act ("APA") by failing to adjudicate Plaintiff's asylum application which has been pending now for over six years. Plaintiff seeks to compel Defendants, through a writ of mandamus, to schedule an asylum interview for the pending I-589 Application for Asylum and Withholding of Removal.

## PARTIES

7.   Plaintiff IMAN SULEIMAN is a citizen of Syria.   Plaintiff filed her I-589 Application for Asylum and Withholding of Removal on December 15, 2016.

8.   Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

challenged, employs the officers named as defendants, and includes the U.S. Citizenship and

Immigration Services and the officers named as defendants in this complaint.

9.   Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

(hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing

the officers named as defendants in this Complaint.

10. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the

Secretary of the Department of Homeland Security.  This suit is brought against Secretary

Mayorkas in his official capacity, as he is charged with the administration and enforcement of all

immigration and citizenship laws that are bound in the powers, duties, and functions of the

Department of Homeland Security.

11. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS,

the Agency charged with adjudicating Plaintiff's asylum application.  This suit is brought against

Director Jaddou in her official capacity, as she is charged with oversight, administration, and

execution of immigration laws of the United States.

12. Defendant TED H. KIM (hereinafter "Acting Associate Director Kim") is the Acting

Associate Director of Refugee, Asylum, and International Operations.  This suit is brought

against Acting Associate Director Kim in his official capacity, as he is charged with supervision

over all asylum offices, and requires some applications to be forwarded to headquarters before

final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be

forwarded to his office for its review.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 4

13. Defendant NEWARK ASYLUM OFFICE (hereinafter "Newark Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

14. Defendant SUSAN RAUFER (hereinafter "Director Raufer") is the director of the Newark Asylum office. This suit is brought against Director Raufer in her official capacity, as she is charged overseeing the adjudication of the asylum applications at the Newark Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

15. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not processed Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

16. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

**JURISDICTION**

17. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

18. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

19. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted."

20.  The presumption favoring judicial review is well-settled and it has been applied in the context of immigration law. See *Kucana v Holder*, 558 U.S. 233, 251 (2010). In *Kucana* at 252, the Supreme Court noted that it is assumed that Congress legislates with knowledge of this presumption.  Such presumption can only be overcome when "the congressional intent to

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

preclude judicial review is fairly discernable in the statutory scheme". *Block v Cmty. Nutrition Inst.*, 467 U.S. 340, 351, 104 S. Ct. 2450, 81 L.Ed. 2d 270 (1984).

21. The authority of an alien to apply for asylum is found at 11 U.S.C. §1158(a) which states that:    "An alien who is physically present in the United States or who arrives in the United States (whether of not at a designated port of arrival and including an alien who is brought to the United States after having been interdicted in international or United States waters) irrespective of such alien's status, may apply for asylum in accordance with this section, or where applicable, section 1225(b) of this title"

11 U.S.C. §1158(a) does not contain any language barring a private right of action under the APA.   Plaintiff contends that this Court may properly review their claims for relief herein because the limitation on a private right of action applies only to 11 U.S.C. §1158(d), and in this case, their right to have their claim for asylum timely scheduled is premised upon 11 U.S.C. §1158(a), not 11 U.S.C. §1158(d).

22. Courts have found that claimants whose applications have been unreasonably delayed may be afforded relief under the Administrative Procedure Act's requirements that agencies must adjudicate within a reasonable period of time.   See *Dae Hyun Kim v Ashcroft*, 340 F.2d Supp. 384, 393 (S.D.N.Y 2004) "Moreover, although there is no statutory or regulatory deadline by which USCIS must adjudicate an application, at some point, Defendants failure to take any action runs afoul of Section 555(b) [APA]; *Villa v DHS*, 607 F. Supp. 2d 359, 35 (N.D.N.Y. 2009) finding that pursuant to 5 U.S.C. §555 (b) of the APA, USCIS must adjudicate applications within a reasonable period of time.   Because the APA provides an independent basis for federal jurisdiction from 8 U.S.C. §1158(d)(7), this Court has jurisdiction to hear the subject Complaint.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## VENUE

23. Venue is proper in this Court, pursuant to 28 U.S.C. §1391(e) which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which the defendant in the action resides. Because the Defendants are in the District of Columbia, including the United States Department of Homeland Security and its employees, venue is proper in this Court.

24. The delay in adjudicating Plaintiff Iman Suleiman's pending asylum case has caused her significant emotional distress because there is no way of knowing when the asylum case will be scheduled for an interview, thereby leaving her in doubt for her future. At the time that Plaintiff Ima Suleiman filed her Application, USCIS was utilizing a system of interview scheduling known as "First In – First Out" (FIFO) whereby cases were called for interview in the order that they were received. That system had the practical effect of promoting a voluminous backlog of unadjudicated cases, because, many people filed non-viable cases for the purpose of obtaining work authorization permits, relying on the fact that USCIS would take years to call their case for an interview and adjudicate their case(s).

25. Beginning on January 29, 2018, as a result of executive policy changes at Department of Homeland Security and USCIS headquarters in Washington DC, all field offices that were adjudicating cases were instructed to change their FIFO scheduling to "Last In-First Out" (LIFO) whereby the most recently filed Applications would be scheduled first, ahead of applications that had already been pending. The change-over from FIFO to LIFO caused many thousands of pending applications, including Plaintiff's, to be relegated to the last category of

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

USCIS' scheduling priority.   This executive action occurred at a time when the United States

Citizenship and Immigration Services was located within this Court's geographical jurisdiction.

**26.**     Because the core issue in this case is the act of Defendants changing their scheduling

system and the harm that it has directly caused Plaintiff, which policy change did occur in this

judicial district, there is a substantial nexus to this judicial district and this Court should proceed

forward to hear the Plaintiffs claim as their chosen venue is legally and factually correct.

## EXHAUSTION OF REMEDIES

**27.** Plaintiff has no administrative remedies.  Plaintiff Iman Suleiman has attempted to learn

the status of when her pending asylum application would be scheduled for an interview but she

has not been able to obtain any substantive information from the Defendants.   There are no

administrative remedies for neglect of duty.

## CAUSE OF ACTION

28. Pursuant to 8 U.S.C. §1158, Plaintiff Iman Suleiman filed an I-589 Application for

Asylum and Withholding of Removal with Defendant United States Citizenship and Immigration

Services on December 15, 2016.   (**Exhibit A – I-589 Application for Asylum and**

**Withholding of Removal and Acknowledgement of Receipt**).

29. Since Plaintiff Iman Suleiman filed her I-589 Application for Asylum and Withholding

of Removal, she has received no further communications or information from any Defendants

about when her asylum interview will be scheduled, there has been a complete lack of

communication from Defendants.    Plaintiff therefore has no way of knowing how much longer

the scheduling process will take.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 9

30. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

31. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

32. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii).  It has been over six years since Plaintiff Iman Suleiman applied for Asylum and her case has still not been scheduled for an asylum interview.

33. Plaintiff has no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled for an interview.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## **CLAIM FOR RELIEF**

29. Plaintiff's claim in this action is clear and certain.  Plaintiff realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff is entitled to an order in the nature of mandamus to compel Defendants to schedule  an interview for the pending Asylum application.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 10

30. As a result of Defendants' failure to perform their duties, Plaintiffs has suffered, is

suffering, and will continue to suffer irreparable harm.  Specifically:

a.  Plaintiff has been irreparably damaged from the fear of not knowing what will happen

with the asylum case for the past six years.  She has been constantly hoping for the case

to be scheduled for an interview so that she would not have to worry about her future.

Because of the long wait and unknowing, Plaintiff is enduring significant psychological

damage.

b.  The delay is causing irreparable harm to Plaintiff who is not able to continue with her life

in the United States without fear of returning to Syria, a country where she will more

likely than not be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedures Act, are unlawfully

withholding or unreasonably delaying action on Plaintiff Iman Suleiman's application, and have

failed to carry out the non-discretionary adjudicative functions delegated to them by law with

regard to her case.

32. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R.

42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff's application

and have failed to carry out the non-discretionary adjudicative functions delegated to them by

law with regard to her case.

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as

to be free from doubt that mandamus is appropriate.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 11

34. Plaintiff Iman Suleiman has attempted to learn about the status of her pending Asylum and Withholding of Removal application, all to no avail. Only Defendant Newark Asylum Office is able to make decisions on scheduling an asylum interview, leaving no adequate remedy. Accordingly, Plaintiff has been forced to pursue the instant action.

**PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

   a.  Accept jurisdiction and maintain continuing jurisdiction of this action;

   b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

   c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

   d.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Iman Suleiman's Asylum and Withholding of Removal application by promptly scheduling an asylum interview;

   e.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

   f.  Grant such other relief at law and in equity as justice may require.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 12

1

Dated this May 6, 2023                              Respectfully Submitted,

2

3                                                   /s/ Lewis Jubran

4                                                   _____
                                                    Lewis Jubran, Esq.
5                                                   Counsel for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 13

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY RELIEF AND FOR A**

**WRIT IN THE NATURE OF IMMIGRATION MANDAMUS**

**SULEIMAN v UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | I-589 Application for Asylum and Acknowledgment of Receipt | 1-16 |
| B | I-797 Notice of Action – Fingerprint Notification | 17 |
| C | AR-11 Change of Address and April 28, 2023 e-mail to Newark Asylum Office | 18-21 |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 14

**EXHIBIT A**

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

# I-589, Application for Asylum and for Withholding of Removal

**START HERE** - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☐

## Part A.I. Information About You

**1.** Alien Registration Number(s) (A-Number) (if any)
207591806

**2.** U.S. Social Security Number (if any)
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

**3.** Complete Last Name
SULEIMAN

**4.** First Name
IMAN

**5.** Middle Name

**6.** What other names have you used (include maiden name and aliases)?

**7.** Residence in the U.S. (where you physically reside)

| Street Number and Name | | Apt. Number |
|---|---|---|
| 777 N MICHIGAN AVE | | 2306 |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| CHICAGO | IL | 60611 | ( 216 ) 694-1067 |

**8.** Mailing Address in the U.S. (if different than the address in Item Number 7)

| In Care Of (if applicable): | Telephone Number |
|---|---|
| SAME AS ABOVE | (   ) |

| Street Number and Name | Apt. Number |
|---|---|
| | |

| City | State | Zip Code |
|---|---|---|
| | | |

**9.** Gender: ☐ Male  ☒ Female    **10.** Marital Status: ☒ Single  ☐ Married  ☐ Divorced  ☐ Widowed

**11.** Date of Birth (mm/dd/yyyy)
03/21/1976

**12.** City and Country of Birth
TARTOUS, SYRIA

**13.** Present Nationality (Citizenship)
SYRIA

**14.** Nationality at Birth
SYRIA

**15.** Race, Ethnic, or Tribal Group
ARABIC

**16.** Religion
MUSLIM/SUNNI

**17.** Check the box, a through c, that applies:  **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings.    **c.** ☐ I am not now in Immigration Court proceedings, but I have been in the past.

**18.** Complete 18 a through c.

**a.** When did you last leave your country? (mmm/dd/yyyy) 03/17/2014  **b.** What is your current I-94 Number, if any? 22440651930

**c.** List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 03/18/2014 | CHICAGO, IL | H1B VISA | 11/30/2016 |
| 11/19/2011 | NEW YORK, NY | B1-B2 | |
| 01/08/2010 | DETROIT, MI | B1-B2 | |

**19.** What country issued your last passport or travel document?
SYRIA

**20.** Passport Number 004632060

Travel Document Number

**21.** Expiration Date (mm/dd/yyyy)
05/18/2019

**22.** What is your native language (include dialect, if applicable)?
ARABIC

**23.** Are you fluent in English?
☒ Yes  ☐ No

**24.** What other languages do you speak fluently?
ENGLISH

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID#: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

Form I-589 (Rev. 12/29/14) Y

## Part A.II. Information About Your Sponse and Children

**Your spouse**          ☒ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Maiden Name |
| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth | |
| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender ☐ Male ☐ Female | |

15. Is this person in the U.S.?
    ☐ Yes *(Complete Blocks 16 to 24.)*    ☐ No *(Specify location):*

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings? ☐ Yes ☐ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*
    ☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
    ☐ No

**Your Children.** List all of your children, regardless of age, location, or marital status.

☒ I do not have any children. *(Skip to Part A.III., Information about your background.)*

☐ I have children.   Total number of children: _____

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
    ☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
    ☐ No

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S.? ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S.? ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S.? ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| SHIKE SAAD STREET | DAMASCUS | | SYRIA | 01/2007 | 03/2014 |
| | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 777 N MICHIGAN AVE 2306 | CHICAGO | IL | USA | 07/2016 | PRESENT |
| 1285 SHAKER BLVD | CLEVELAND | OH | USA | 03/2014 | 06/2016 |
| SHIKH SAAD STREET | DAMASCUS | | SYRIA | 01/2007 | 03/2014 |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| DAMASCUS UNIVERSITY | RESIDENCY & OBLIG SVC | DAMASCUS, SYRIA | 01/2007 | 03/2014 |
| DAMASCUS UNIVERSITY | FACULTY OF MEDICINE | DAMASCUS, SYRIA | 09/1994 | 09/2000 |
| MUSTAFA KHALOOF | HIGH SCHOOL | TARTOUS, SYRIA | 09/1993 | 06/1994 |
| | | | | |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| NORTHWESTERN MEMORIAL HOSPITAL, CHICAGO, ILLINOIS | NEURO ANETHESIA FELLOW | 07/2016 | PRESENT |
| CLEVELAN CLINIC, CLEVELAND, OHIO | ANETHESIA RESEARCH FELLOW | 03/2014 | 06/2016 |
| DAMASCUS UNIVERSITY HOSPITAL, DAMASCUS, SYRIA | ANETHESIA INSTRUCTOR | 03/2012 | 03/2014 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* GHAITHAA SAFWAT | LATAKIA, SYRIA | ☐ Deceased  TRATOUS, SYRIA |
| *Father* ABDULFATTAH SULEIMAN | TRATOUS, SYRIA | ☐ Deceased  TRATOUS, SYRIA |
| *Sibling* ABDULMAJEED SULEIMAN | TRATOUS, SYRIA | ☐ Deceased  SWITZERLAND |
| *Sibling* MOHAMAD SULEIMAN | TRATOUS, SYRIA | ☐ Deceased  TRATOUS, SYRIA |
| *Sibling* AULA SULEIMAN | TRATOUS, SYRIA | ☐ Deceased  TRATOUS, SYRIA |
| *Sibling* | | ☐ Deceased |

4

## Part B. Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

    I am seeking asylum or withholding of removal based on:

    | | | | |
    |---|---|---|---|
    | ☐ | Race | ☒ | Political opinion |
    | ☒ | Religion | ☐ | Membership in a particular social group |
    | ☐ | Nationality | ☒ | Torture Convention |

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

> During my last year of residency at Al Moassat Hospital which happened to be the first year of Syrian uprising or revolution against the regime of Bashar Alasad (current Syrian President and dictator). I rented an apartment at Shikh Saad Street (which is a prominent Sunni area of Damascus, Syria). The apartment was very close to the hospital where I was doing my Anesthesia Residency. One day in late November 2011 almost 8 months after the revolution which started on March 15, 2011 - and immediately after I returned from the United States for a residency interview University of Florida, College of Medicine in Jacksonville, Florida-, I was shocked that a bullet almost hit my face after a peaceful demonstration that was taken place few meters away from my apartment.
> Please see supplement B, Part B, Question A for more details.

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

> Rape, starvation or tortured to death, sexual assault, beating, kidnapping and held for ransom, ethnically cleansed for being a Sunni Muslim in an Alwait province of Tartous, imprisoned, and even killed and many other torture and harm methods.
> I fear all sides of the conflict in Syria since it is becoming out of control day after day. I fear the regime and its thugs called Shabbiha might rape or kill me if I were to return to Syria for the following reasons. First, I am a Sunni Muslim from a city that has over 74 % Sunnis and only 8% Alwait sect who control every aspect of life in the country including social, economic, political and armed forces. An ethnic cleansing of Sunnis is taken place in coastal areas including my city of Tartous and Latakia. It is hidden from the eyes of the world
> Please see supplement B, Part B, Question B for more details.

## Part B. Information About Your Application (Continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☐ No    ☒ Yes

If "Yes," explain the circumstances and reasons for the action.

```
My uncle Jamal Suleiman was falsely accused of participating in a opposition groups in the
1980's. He was imprisoned for over two years and was miraculously released.
```

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No    ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☒ No    ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No    ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

```
sexual assault, rape, starvation to death, nail removal, electrocution and many other horrific
methods.
BY the regime of Syria and ISIS alike
I fear these tortures for the three reasons mentioned above including being a Muslim Sunni,
physician and considered a wealthy expatriate.
```

## Part C. Additional Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   [X] No    [ ] Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   [ ] No    [X] Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   [X] No    [ ] Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   ```
   Traveled through Beirut, Lebanon
   ```

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   [X] No    [ ] Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

[X] No          [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

[ ] No          [X] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

```
I did not file in the first year of my arrival because there was no need. The condition of my
my country of Syria have deteriorated tremendousness since my last arrive in 2014 and I had a
pre-signed a two-year contract with the Cleavland Clinic that I thought that it would grant me
permanent residency status in the United Stats after these two years. I was wrong and I have
applied for a Temporary Protected Statues and I was granted such a status. However, this TPS is
temporary ad NOW I am so fearful that it will expire without it being renewed. I had no choice
but to seek asylum for a real and genuine fear of persecution if I were to return to Syria.
That is why I am seeking asylum at this time as it is my last resort to seek permanent
residency in the United States.
```

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

[X] No          [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

*WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withheld an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| IMAN SULEIMAN | إيمان سليمان |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No   ☐ Yes *(If "Yes," list the name and relationship.)*

| _____(Name)_____ | _____(Relationship)_____ | _____(Name)_____ | _____(Relationship)_____ |
|---|---|---|---|

Did someone other than your spouse, parent, or child(ren) prepare this application?   ☐ No   ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☒ No   ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

[ ~~signature~~ ]                                    12/12/2016

Sign your name so it all appears within the brackets        Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| ~~signature~~ | RAED ALKHANI |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 708 ) 945-0798 | 7667 W. 95TH STREET |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 102 | HICKORY HILLS | IL | 60457 |

9

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| _____ | _____ |
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| _____ | _____ |
| Write Your Name in Your Native Alphabet | Signature of Asylum Officer |

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| _____ | _____ |
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| _____ | _____ |
| Write Your Name in Your Native Alphabet | Signature of Immigration Judge |

10

**Supplement A, Form I-589**

| A-Number *(if available)* | Date |
|---|---|
| A 207591806 | 12/12/2016 |
| Applicant's Name | Applicant's Signature |
| IMAN SULEIMAN | |

## List All of Your Children, Regardless of Age or Marital Status
*(NOTE: Use this form and attach additional pages and documentation as needed, if you have more than four children)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

**13.** Is this child in the U.S.? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*:

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

**13.** Is this child in the U.S.? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*:

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number (if available) | Date |
|---|---|
| A 207591806 | 12/12/2016 |
| Applicant's Name | Applicant's Signature |
| IMAN SULEIMAN | |

**NOTE:** Use this as a continuation page for any additional information requested. Copy and complete as needed.

Part        B

Question   A Page 1

I still remember that peaceful demonstration vividly like it happened yesterday despite the fact that it happened over 5 year year ago. I was looking through my window at the unarmed peaceful demonstrators carrying injured and wounded civilians trying desperately to save their lives by bringing them into Al Moassat Hospital. They were yelling and calling for FREEDOM and ouster of the regime of Bashar Alasad and the end of violence in the country.

I will never forget the scene of the regime security people pointing their guns at the peaceful demonstrators trying to disperse them and to prevent them from reaching the government hospital unless they stopped calling for the ouster of the regime and change their slogans and call for support of the regime in order for the injured to reach the hospital.

That night everything has changed when snippers of the regime got on rooftops of many Shikh Saad Street's buildings and started shooting randomly at anyone just to instill fear into everyone's heart. The regime forces and snipers shot at anything that moved as they ordered a curfew of the area thus I could not go to work that night. Despite the fact that I remained home, a shot just missed me while I was very shaky and nervous talking to my mother over the phone in the City of Tartous. She was trying tirelessly to calm me down but I could not sleep that night because I was so emotionally traumatized as I was few inches away from my death. I saw my entire life flashes before my eyes in an instant.

I believe that the regime of Syria and its armed security people did this so that they could stop the revolution and scare everyone to submit to their will so no one dares to demonstrate against the regime and ask for freedom in the future.

The second incident that happened to me while I was working toward the end of my two-tear obligatory service as an anesthesiologist in the ER. During the last month of that service which was in December 2013, there was a peaceful demonstration when injured civilian demonstrators were brought into the hospital for treatment, among them was an 18 year old boy who had extremely trouble breathing after being exposed to what I think was some kind of chemical or Sarin gas. I had the duty and the obligation to save his life so I started a CPR on him. I was shocked when I was threatened at a gunpoint by a security officer of the Syrian Army that I should stop helping him and other people like him (what he called Terrorists) and concentrate completely on regime-supporting people who he claimed that they are the patriotic Syrians.

I believe that the security officer threatened me because he wants the Syrian regime followers and supporters to be treated at any cost and at the expense of all others.

This incident at gun point made me seriously think about leaving Syria for a better and safer place because I felt that I was nobody and my life can be taken away in an instant.

during the same incident in December 2013, one of my my colleagues was detained for refusing to treat one of those regime-supporting elderly dying people. When he was taken away before my eyes I felt that I might be next if I refused to follow the orders of the security people. I really do not know what happened to him until this day and I fear that he was executed.

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number (if available) | Date |
|---|---|
| A 207591806 | 12/12/2016 |
| Applicant's Name | Applicant's Signature |
| IMAN SULEIMAN | |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part          B

Question   A Page 2

When I returned to Tartous after finishing my obligatory service in January 2014, I started to notice things that I have never previously paid attention to. I noticed that the regime and reign of terror of Alasad family for over 40 years "Bashar and his father before him Hafiz Alasad" have ruled the country of Syria by an iron fist supplemented by psychological and emotional fear and scare tactics. I have noticed that they placed prisons in the middle of residential areas and neighborhoods so that no one dares to speak out or revolt against them otherwise he will be one of them.

Upon returning to my city I saw long lines of people waiting at the prison doors waiting to see their loved ones but mostly in vain. I used to pass by a prison which was only two blocks away from my house and for the first time I could hear the sounds of prisoners being tortured and harmed behind these prison walls.

In February 2014, my neighbor Marwa Suleiman was 15 years old when she sent her broken cell phone with a taxi driver to fix it at a local repair shop. This taxi driver was secretly a regime informant so he downloaded many photos from her phone which were caricature cartoons of Bashar Alasad. The government security people snatched her from her school and took her to another city and raped and sexually assaulted her and returned her to her family 20 days later totally and psychologically traumatized and destroyed. I am so fearful if such tragedy could happen to a 15-year old girl, it could happen to me if I were to return to Syria.

In the mid 1980's, my uncle Jamal Suleiman was arrested for going to the Mosque every Friday. He was falsely accused of participating in some radical groups that wanted to overthrow the government of Hafiz Alasad (current Syrian President's father). We did not know his whereabout for over two years then he was miraculously lucky to be released while many others of his prison mates were not as luck so they were either executed or missing until this day. When he was released he told us of indescribable torture techniques and methods that are beyond anyone's comprehension. He did not know where he was taken and where he was imprisoned.

Many of my colleagues and other physicians were either killed, imprisoned or forced to exile if they did not work for the regime of Syria. I get the shill into my vain when I hear or read about another human being and especially doctors who were targeted and killed in Syria. I fear that I may face the same fate or destiny if I were to return to Syria for no other reason but by being a female Sunni physician.

13

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number (if available) | Date |
|---|---|
| A 207591806 | 12/12/2016 |
| Applicant's Name | Applicant's Signature |
| IMAN SULEIMAN | |

**NOTE:** Use this as a continuation page for any additional information requested.  Copy and complete as needed.

Part     B

Question   B

Second, I am a female physician who is targeted by the regime as all health care sector have been; and over 700 physicians were killed or bombed or tortured to death in the past five years. My fate could be the same if I were to return to Syria

--Please see the article of the New Yorker Magazine about "THE SHADOW DOCTORS
By Ben Taub" published on June 27, 2016--

-Please see also another article by Foreign Policy Magazine " THE WAR ON SYRIA'S DOCTORS"
By Ellen Frances published on August 11, 2016-

Nothing in my life is more rewarding than saving people lives and easing their pain. That is why I chose medicine as a career and anesthesia as a specialty. I have sworn The Hippocratic oath to save lives and not take it. I would rather die than to hurt another human being and I would never follow the regime orders of killing or torturing peaceful civilians or opponents even if my life depends on it.

Third, I have been living in the Untied States which is considered an enemy state of Syria for over three years. I am considered a wealthy physician and an expatriate which makes me an ideal and perfect target for kidnapping and held for huge ransom if I were to return to Syria.

On the other hand, I fear ISIS and other armed groups for the following reasons. First, being a moderate Sunni Muslim who does not wear the Hijab (Head Scarf), this makes me an infidel in their version of Islam and they might behead me on the spot for not enforcing their concept of Islam.

Second, I may be kidnapped by ISIS or other armed groups as they may demand huge ransom that could add up to millions of dollars in order to secure my release. In their eyes I am considered an American physician who is very wealthy and could afford to pay the ransom.

Last but not least, I may be needed to save their injured and wounded soldiers and if even they spare my life they may force me to go to the hot spots in order to treat and help their soldiers.

14

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number (if available) | Date |
|---|---|
| A 207591806 | 12/12/2016 |
| Applicant's Name | Applicant's Signature |
| IMAN SULEIMAN | |

**NOTE:** *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part       A.I

Question   18C

| DATE | PLACE | STATUS |
|---|---|---|
| 09/28/2008 | PORTSMOUTH, NH | B1-B2 |
| 05/14/2008 | ATLANTA, GA | B1-B2 |

15

US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
181 W. MADISON
SUITE 3000
CHICAGO, IL 60602

RE: IMAN SULEIMAN
A-NUMBER: 207590906

RPT#: ZCH4001108*0              FORM: I-589
*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 asylum application was received and is pending
as of 12/15/16. You may remain in the U.S. until your application is
is decided. If you wish to leave while your application is pending, you
must obtain advance parole from USCIS. If you change your address, send
written notification of the change within 10 days to the above address.
You will receive a notice informing you when your asylum interview is
application as a spouse or dependent must appear for the asylum interview
belonging to the interviewed guests of documentary evidence of your
relationship to those family members.

777 N MICHIGAN AVE APT 2306
CHICAGO, IL 60611

**EXHIBIT B**

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE December 21, 2016 |
|---|---|---|---|
| CASE TYPE I589    Application For Asylum | | | USCIS A# A 207 591 806 |
| RECEIPT NUMBER ZCH1600110870 | RECEIVED DATE December 15, 2016 | PRIORITY DATE December 15, 2016 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
IMAN SULEIMAN
777 N MICHIGAN AVE APT 2306
CHICAGO IL 60611



||ı||ıı||ıı||ıı||ıı||

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS BROADWAY 4853 N. BROADWAY CHICAGO IL 606403603 | 12/24/2016 to 01/07/2017 | Sat - Sun  Closed Mon - Fri 8am-3pm |

BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW JAN 0 3 2017
ON
FINGERPRINTS QA REVIEW JAN 0 3 2017

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY |
|---|---|
| |  |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  07/11/14  Y

17

**EXHIBIT C**



**Alien's Change of Address Card**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS
Form AR-11**

**NOTE:** An asterisk (*) indicates a mandatory field that must be completed.

## Information About You

*Family Name (Last Name)
**SULEIMAN**

*Given Name (First Name)
**IMAN**

Middle Name (if applicable)

*Date of Birth (mm/dd/yyyy)
**03/21/1976**

Alien Registration Number (A-Number) (if any)
▶ A- 2 0 7 5 9 1 8 0 6

## Information About Your Address

*Present Physical Address (No PO Boxes)

*Street Number and Name
**377 E 33RD ST**

Apt. Ste. Flr. ☒ ☐ ☐    Number **15N**

*City or Town
**NEW YORK**

*State **NY**

*ZIP Code **10016**

Previous Physical Address

Street Number and Name
**377 E 33RD ST**

Apt. Ste. Flr. ☒ ☐ ☐    Number **22M**

City or Town
**NEW YORK**

State **NY**

ZIP Code **10016**

Mailing Address  optional)

Street Number and Name
**377 E 33RD ST**

Apt. Ste. Flr. ☒ ☐ ☐    Number **15N**

City or Town
**NEW YORK**

State **NY**

ZIP Code **10016**

## Your Signature

*Your Signature

Date of Signature (mm/dd/yyyy)
**04/27/2023**

Your Online Confirmation Number is:   **COA11723001327**

18

Form AR-11  Edition  09/10/19

Page 1 of 2



**Alien's Change of Address Card**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form AR-11**
OMB No. 1615-0007
Expires 08/31/2024

**NOTE:** An asterisk (*) indicates a mandatory field that must be completed.

## Information About You

Family Name (Last Name)
SULEIMAN

Given Name (First Name)
IMAN

Middle Name (if applicable)

I am in the United States as a: ☐ Visitor ☐ Student ☐ Permanent Resident ☒ Other (Specify) PENDING ASYLUM

Country of Citizenship
Syria

Date of Birth (mm/dd/yyyy)
03/21/1976

Alien Registration Number (A-Number) (if any)
► A- 2 0 7 5 9 1 8 0 6

## Information About Your Address

**Present Physical Address** No PO Boxes)

Street Number and Name
377 E 33RD ST

Apt. Ste. Flr. ☒ ☐ ☐   Number
22M

City or Town
NEW YORK

State
NY

ZIP Code
10016

**Previous Physical Address**

Street Number and Name
130 ARSENAL ST

Apt. Ste. Flr. ☒ ☐ ☐   Number
1414

City or Town
WATERTOWN

State
MA

ZIP Code
02472

**Mailing Address** optional)

Street Number and Name
377 E 33RD ST

Apt. Ste. Flr. ☒ ☐ ☐   Number
22M

City or Town
NEW YORK

State
NY

ZIP Code
10016

## Your Signature

Your Signature

Date of Signature (mm/dd/yyyy)
08/10/2022

Your Online Confirmation Number is: COA22222004189

19

**From:** USCIS <uscis-casestatus@dhs.gov>
**To:** "dr.suleiman2015@yahoo.com" <dr.suleiman2015@yahoo.com>
**Sent:** Friday, April 28, 2023 at 03:49:36 PM EDT
**Subject:** Your recent inquiry (receipt #ZCH-16-001-10870)

U.S. Department of Homeland Security
USCIS, Newark Asylum Office
Gateway 3
100 Mulberry Street, Suite 199
Newark,NJ 07102

U.S. Citizenship and Immigration Services
Friday, April 28, 2023

Emailed to dr.suleiman2015@yahoo.com

Dear IMAN SULEIMAN:

On 04/25/2023, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I589

Filing date:
-- Information not available

Receipt #:
-- ZCH-16-001-10870

Referral ID:
CA11152305683ZNK
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Change of Address


The status of this service request is:

We have updated your address in our electronic system with the new information you provided in your request.

We hope this information is helpful to you.

------------------------------

20

Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
*Using our Case Status Online tool;
*Checking processing times;
*Submitting an e-Request to inquire about certain applications and petitions;
*Using our Office Locator; and
*Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

21